# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**REGINA BURNETT**                                                                                   **PLAINTIFF**

**v.**                                     **No. 3:13CV00010 KGB**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA; FRANK FLETCHER**
**COMPANIES, LTD.; and FLETCHER**
**AUTOMOTIVE NO. 6, LLC d/b/a**
**FRANK FLETCHER DODGE OF JONESBORO**                         **DEFENDANTS**

## ORDER

The parties have filed a stipulation for dismissal with prejudice, indicating that they have settled this case (Dkt. No. 10). Accordingly, this case is dismissed with prejudice. Each party will bear its own costs and attorney's fees.

SO ORDERED this 16th day of April, 2013.

_____
Kristine G. Baker
United States District Judge